LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 954-2380
     Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DIVISION

| | |
|---|---|
| RACHEL A.I. DARCHELLE, | No: 2:24-cv-00800-ADS |
| Plaintiff, | |
| v. | ORDER AWARDING EAJA FEES |
| MARTIN O'MALLEY[1] Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  07/19/2024          /s/ Autumn D. Spaeth

HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

---

[1]

-1-